**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

| | |
|---|---|
| EDIE FELT HALL, ) | |
| ) | |
| Plaintiff, ) | **Case No. 2:10-CV-00134 JTK** |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| Social Security Administration ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is AFFIRMED and Plaintiff's case is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 5th day of March, 2012.

_____
United States Magistrate Judge